IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD JOSEPH CRANE,

    Petitioner,                  No. CIV S-09-0852 FCD EFB P

    vs.

MIKE McDONALD

    Respondent.               ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. By order dated August 26, 2010, the court granted respondent's request for an extension of time to file an answer and ordered respondent to answer the petition on or before September 15, 2010. Dckt. No. 20. Petitioner has now filed a motion asking the court to amend the August 26, 2010 order to include a deadline for the filing of his reply (traverse) so that he may gain access to the law library. Dckt. No. 23.

    As provided in the court's order of June 16, 2010, petitioner must file his reply within 30 days of the service of respondent's answer.

DATED: September 13, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE